UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DERICK DIGGS** | * | Civil Action # |
| | * | |
| v. | * | Division |
| | * | |
| **DHD OFFSHORE SERVICES, LLC** | * | Section |
| | * | |
| | * | District Judge |
| | * | |
| | * | Magistrate |
| | * | |
| | * | |
| ********************************** | * | ********************************** |

**PLAINTIFF'S ORIGINAL COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **DERICK DIGGS**, a citizen of the State of Louisiana, who respectfully files this Complaint for Damages as well as any and all appropriate ancillary relief:

**JURISDICTION AND VENUE**

1.

This Honorable Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1333(1), and the Jones Act, 46 USC § 688, and the general maritime law. Plaintiff designates this matter as a maritime claim under Rule 9(h) of the Federal Rules of Civil Procedure.

2.

Venue is proper in this Court under 28 U.S.C. § 1391(b)(1) and (2).

3.

This case is brought pursuant to the Constitution and the laws of the United States of America and the State of Louisiana under the General Admiralty and Maritime Law. Additionally, at all times material hereto, there was in full force and effect an Act of Congress, the Jones Act (46 U.S.C. § 30104, *et seq*) which Plaintiff hereby adopts and asserts as a claim for relief.

4.

This matter is identified as an admiralty or maritime claim in accordance with the provisions of Rule 9(h) of the Federal Rules of Civil Procedure.

**PARTIES**

5.

Plaintiff, **DERICK DIGGS** ("Diggs"), is a person of the full age of majority, domiciled and a resident of Houma, Louisiana, Parish of Terrebonne, State of Louisiana.

6.

Made Defendant herein is **DHD OFFSHORE SERVICES, LLC** ("Defendant"), a Louisiana limited liability company, authorized to do and doing business within the State of Louisiana and the jurisdiction of this Court, with its principal place of business located in Houma, Louisiana at the following address:   114-A Menard Rd., Houma, LA  70363.

7.

Upon information and belief, **DHD OFFSHORE SERVICES, LLC** engages in the for-profit business of providing offshore construction and other support services to the oil and natural gas industry through the use offshore hands and seaman required to complete such tasks.

## FACTS

8.

Defendant is truly and justly indebted to Plaintiff herein for any and all damages sustained as a result of an incident that occurred in the territorial waters of the United States of America, State of Louisiana, on or about July 23, 2016.

9.

On or about July 23, 2016, Mr. Diggs was injured while employed by Defendant **DHD OFFSHORE SERVICES, LLC** and was working as a seaman aboard a vessel in navigation owned and/or operated and/or owned *pro hac vice* by **DHD OFFSHORE SERVICES, LLC.** Mr. Diggs was working as a member of the crew in the service of the vessel as a seaman, assisting in a variety of duties in support of the vessel and its mission.

10.

Specifically, Mr. Diggs fell from a bench that was not adequately secured to the vessel resulting in substantial personal injury.

11.

The incident that occurred on or about July 23, 2016 resulting in severe and disabling injuries to Mr. Diggs was caused solely and exclusively by the negligence and fault of Defendant **DHD OFFSHORE SERVICES, LLC** in the following non-exclusive particulars:

a. Failing to inspect and/or plan for potential hazards aboard the platform vessel;

    b.    Failing to provide Plaintiff with a safe place to work;

    c.    Failing to adequately inspect its vessel and keep it in a safe and operable condition;

    d.    Failing to provide a safe and non-hazardous workplace;

    E.    Providing an unseaworthy vessel; and

    e.    Other negligent acts or omissions to be shown at the trial of this matter.

12.

At all times pertinent hereto, the vessel in navigation was unseaworthy in one more of the following respects, to-wit:

    a.    The vessel and all of its equipment and appurtenances, including but not limited to the bench in question, were not safe for the performance of operations;

    b.    The vessel and all of its equipment and appurtenances, including but not limited to the bench in question, were not reasonably fit for its intended use or purpose;

    c.    The vessel and all of its equipment and appurtenances, including but not limited to the bench in question, were inadequately maintained; and

    d.    Other seaworthy conditions to be determined at the trial of this matter.

13.

Plaintiff, **DERICK DIGGS**, was not negligent in any way, and did not contribute to the incident complained of herein.

**DAMAGES**

14.

Plaintiff, **DERICK DIGGS**, is entitled to maintenance and cure from his employer until such time as he reaches maximum medical cure, as well as special damages, general damages, attorneys' fees, and costs.

15.

As a direct and proximate result of Defendant's negligence, Plaintiff suffered the following injuries and is entitled to following special and general damages:

a) past, present, and future physical pain and suffering and mental anguish;

b) past, present, and future mental anguish and emotional distress;

c) past and future medical expenses;

d) past and future lost earnings and/or loss of earning capacity;

e) past lost found;

f) loss of fringe benefits;

g) disfigurement and disability;

h) past and future physical impairment;

i) loss of enjoyment of life;

j) out of pocket expenses; and

k) other elements of damages to be shown at the trial of this matter.

**PRAYER**

16.

WHEREFORE, Plaintiff, **DERICK DIGGS**, prays that Defendant, **DHD OFFSHORE SERVICES, LLC**, be served with a certified copy of this Complaint for Damages and be duly cited to apepar and answer same; that after all dur proceedings are had, that there be judgment rendered in favor of Plaintiff and against Defendant for all damages that are reasonable in the premises together with legal interest and for all costs of these proceedings.

17.

Plaintiff further prays for all general and equitable relief for which he is otherwise entitled.

Respectfully submitted:

*/s/ Brian King*

Brian King (#24817), T.A.
bking@kinginjuryfirm.com
Jason F. Giles (#29211)
jgiles@kinginjuryfirm.com
James E. Courtenay (#31681)
jimmy@kinginjuryfirm.com
The King Firm, LLC
2912 Canal Street
New Orleans, LA 70119
Phone 504-909-5464
Fax 800-901-6470