UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERICK DIGGS**<br><br>　　　　　　　　*Plaintiff*,<br><br>v.<br><br>**DHD OFFSHORE SERVICES, L.L.C.**<br>　　　　　　　　*Defendant*. | **CIVIL ACTION NO.: 2:17-CV-01894**<br><br>**SECTION: "F"**<br><br>**MAG: 4** |

## MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF

**NOW INTO COURT**, comes Richard A. Chopin (LA Bar Roll No. 4088) and Justin M. Chopin (LA Bar Roll No. 31100) of The Chopin Law Firm and move the Court for an Order allowing them to withdraw as counsel for the plaintiff due to the decision by plaintiff to terminate his relationship. This matter is not set for trial and a telephone scheduling conference is set for June 1, 2017 at 1:30 PM.  This information has been communicated to plaintiff on two (2) occasions. The plaintiff's current contact information is as follows:

Derick Diggs

504-812-4268

mailing address is: 3477 Fallon Dr. Houma, LA 70363

residence address is: 136 Senator St. Houma, LA 70363

Accordingly, it is respectfully requested that an Order be issued allowing counsel to

1

4815-3503-8536, v. 1

withdraw in this matter.

Respectfully submitted,

**THE CHOPIN LAW FIRM LLC**

_____/s/ Richard A. Chopin_____
**RICHARD A. CHOPIN, TA (La. Bar No. 4088)**
**JUSTIN M. CHOPIN, (La. Bar No. 31100)**
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
Dick Direct: 504-229-6682
Justin Direct: 504-229-6681
Facsimile: 504-324-0640
E-mail: rchopin@chopinlawfirm.com
       Justin@ChopinLawFirm.com

## CERTIFICATION OF SERVICE

     I hereby certify that on the 12th day of May, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail and/or forwarded by facsimile the foregoing document and the notice of electronic filing of any non-CM/ECF participant.

_____/s/ Richard. Chopin__ _____
**RICHARD A. CHOPIN**