**MINUTE ENTRY**
**ROBY, C. M. J.**
**November 20, 2017**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERICK DIGGS** | **CIVIL ACTION** |
| **VERSUS** | **NO:   17-01894** |
| **DHD OFFSHORE SERVICES, LLC** | **SECTION: "F"  (4)** |

A Settlement Conference was held on this date.  Participating were:  Derick Diggs representing himself pro se, Ward F. LaFleur representing the defendant and cross defendant DHD Offshore Services, Cindy Galpin Martin, representing the defendant and cross claimant Offshore Specialty Fabricators, LLC, Adelaida J. Ferchmin representing the third party defendant Certain Underwriters at Lloyd's London, Richard A. Chopin representing the intervenor Chopin Law Firm, and Brian King representing the intervenor King Firm, LLC participated by telephone. Negotiations were successful and a settlement was reached.  The agreement was recorded by Court Reporter Cathy Pepper, (504) 589-7779.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

**CLERK TO NOTIFY:**
**Judge Martin L. C. Feldman**

**MJSTAR:   01:14**